# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 2, 2010

**Before**

DIANE P. WOOD, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| ALFRED JANIGA,<br>        *Plaintiff-Appellee*,<br><br>Nos. 09-2982 & 09-3087        *v.*<br><br>QUESTAR CAPITAL CORPORATION,<br>et al.,<br>        *Defendants-Appellants*. | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 09 C 2464<br><br>Milton I. Shadur, *Judge*. |

### O R D E R

The slip opinion issued in the above-entitled cause on August 2, 2010, is amended on page 1 to reflect the lower court case number as No. 09 C 2464.